FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 24  P 1: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD MAHOGANY JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1443** |
| **RICHARD STALDER,** **JEFFERY TRAVIS** | **SECTION "N"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on September 17, 2007 and September 19, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Richard Mahogany Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 24th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE